IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CARL R. CANTRELL                                                   PLAINTIFF

v.                      CIVIL NO. 06-3027

JO ANNE B. BARNHART, Commissioner
Social Security Administration                              DEFENDANT

**O R D E R**

Now on this 30th day of August 2006, comes on for consideration plaintiff's motion for an extension of time to file an appeal brief. (Doc. # 8). For reasons stated in the motion, plaintiff's request is granted and he is given until September 8, 2006, to file his brief in this case. Plaintiff's counsel should be aware that motions of this nature may not be granted in the future and he should adjust his workload accordingly. Defendant's brief will be due thirty days after plaintiff's new filing deadline.

IT IS SO ORDERED.

                                                         /s/ Beverly Stites Jones
                                                         HON. BEVERLY STITES JONES
                                                         UNITED STATES MAGISTRATE JUDGE